# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **ELMORE COOK, JR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:15-CV-0103-VEH |
| | ) |
| | ) |
| **JAMES BUTLER,** | ) |
| | ) |
| **Defendant.** | ) |

## **MEMORANDUM OPINION**

On March 16, 2015, the magistrate judge filed his Report and Recommendation in the above-styled cause, recommending that the case be dismissed without prejudice. (Doc. 7). To date, no objections have been filed by either party. The magistrate judge directed the clerk to randomly draw a district judge to review the objections. (Doc. 8). The undersigned was drawn to conduct the review.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**. Consequently, the above-styled cause is due to be dismissed without prejudice. An order of dismissal will be entered contemporaneously herewith.

The Clerk is **DIRECTED** to mail a copy of the foregoing to Plaintiff via regular and certified mail.

**DONE** and **ORDERED** this the 31st day of March, 2015.

**VIRGINIA EMERSON HOPKINS**
United States District Judge